United States Bankruptcy Court
District of Colorado

In re:  
Ryan Joseph Raley  
    Debtor(s)

Case No. 20-14553-MER  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2  
Date Rcvd: Dec 17, 2020      Form ID: pdf904      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Joseph Raley, 24767 E. Wyoming Place, Aurora, CO 80018-6063 |
| 18826657 | + | Douglas B. Kiel, Douglas B. Kiel, Chapter 13 Trustee, Chapter 13 Trustee, 7100 E Belleview Ave #300, Englewood, CO 80111-1637 |
| 18826659 | + | Halliday, Watkins and Mann PC, Heather Deere, 355 Union Blvd #250, Denver, CO 80228-1508 |
| 18935961 | + | Murphy Creek Master, C/O WesternLaw Group LLC, 9351 Grant St., #120, Thornton, CO 80229-4360 |
| 18826661 | + | The Money Source, 500 S Broad St, Meriden, CT 06450-6755 |
| 18845311 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 18826662 | + | US Trustee, Byron Rogers Federal Building, 1961 Stout St, Ste 12-200, Denver, CO 80294-6004 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18826655 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 18 2020 02:10:00 | Americredit Financial Services, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 18826656 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Dec 18 2020 02:39:02 | Colorado Department of Revenue, 1375 Sherman St, 5th Floor, Denver, CO 80261-2200 |
| 18826658 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 18 2020 02:10:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 18826660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2020 02:10:00 | Internal Revenue Service, 1999 Broadway, Denver, CO 80202 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18832529 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf904 | Total Noticed: 11 |
| Date: Dec 19, 2020 | Signature:     /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Hopkins | on behalf of Attorney Murphy Creek Master Association Angela@WesternLawGroup.com  angelahopkins14@gmail.com |
| Devon Michael Barclay | on behalf of Debtor Ryan Joseph Raley devonbarclaypc@gmail.com |
| Douglas B. Kiel | ecfmail@denver13.com |
| Heather Deere | on behalf of Creditor The Money Source Inc. heather@hwmlawfirm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>RYAN JOSEPH RALEY<br><br>Debtor. | Case No. 20-14553 MER<br><br>Chapter 13 |

**ORDER**

THIS MATTER comes before the Court on the Debtor's motion to dismiss. The case has not been previously converted under section 706, 1112 or 1208. Accordingly, the Court FINDS that:

1. Dismissal is appropriate pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

    1.    THIS CASE IS DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties in interest within five (5) days of the Order.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under section 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under section 522(i)(1), 542, 550 or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under section 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

    a.    Any request for allowance of a section 503(b) claim shall conform with 11 U.S.C. § 503 and Fed.R.Bankr.P. Rules 9013, 9014 and 2002, and be filed no later than 28 days of the date of this order.

    b.    Within 30 days after determination of the last request, if any, for allowance of section 503(b) claims, the Trustee shall pay all fees imposed by statute and all allowed section 503(b) claims from the Debtor(s)' payments and return any surplus to the Debtor(s).

Dated December 17, 2020

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court